## Commonwealth *v.* Overstreit, Appellant.

Submitted September 9, 1968. *Lester Overstreit*, appellant, in propria persona; *James D. Crawford*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Radek, Appellant.

Submitted November 11, 1968. *John J. Dean*, Assistant Trial Defender, and *George H. Ross*, Director, for appellant; *Charles B. Watkins*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAULDING, JJ., dissented.